**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone: (916) 488-1000
Fax:   (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> -vs- <br><br> RANGER PIPELINES INCORPORATED., a California corporation, <br><br> Defendant. | Case No. C04 5003 SI <br><br> STIPULATION OF DISMISSAL; AND ORDER |

Defendant Ranger Pipelines Incorporated appears in this action by its attorney and stipulates with Plaintiff Advantica, Inc. as follows:

The parties have entered into a written settlement agreement effective as of April 19, 2005. This action may now be dismissed with prejudice, except that the Court may retain jurisdiction to enforce this settlement agreement.

Dated: May 18, 2005

HENNELLY & GROSSFELD LLP

By: _____
Brian M. Englund, Attorneys for
Plaintiff ADVANTICA, INC., a Delaware
Corporation

STIPULATION OF DISMISSAL; AND ORDER

LEONIDOU & ROSIN

Dated: By: _____
James R. Busselle, Attorneys for
Defendant Ranger Pipelines Incorporated

### ORDER

Based on the Stipulation of Dismissal, this action is hereby dismissed with prejudice, except that the court retains jurisdiction for the purpose of enforcing the settlement agreement described above.

Dated:



IT IS SO ORDERED

Judge Susan Illston

O:\CLIENTS\ADVANTICA, INC\RANGER\STIP-DISMISSAL-ORDER.wpd

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5950.

On May 20, 2005, I served the following:

**STIPULATION OF DISMISSAL; AND ORDER**

on the parties listed below in said action by:

✓ **(By U.S. Mail)** placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

James Busselle
Leonidou & Rosin
5 Thomas Melton Circle, Suite 205
San Francisco, CA 94134

— **(personal service)** by personally delivering the documents listed above to the persons listed below:

— **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

— **(By overnight delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee indicated.

x **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2005, at Sacramento, California.

_____
KAREN MARTINEZ